### Lee E. COBB, Appellant,

v.

### STATE of Missouri, Respondent.

### No. WD 72243.

Missouri Court of Appeals,
Western District.

May 10, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 5, 2011.

Application for Transfer
Denied Aug. 30, 2011.

Michael E. Reardon, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Jayne T. Woods, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, JAMES M. SMART and VICTOR C. HOWARD, Judges.

### ORDER

PER CURIAM.

Lee Cobb appeals the denial of his Rule 24.035 motion without an evidentiary hearing. For reasons explained in a Memoran-

dum provided to the parties, we find no error and affirm the denial of post-conviction relief.

AFFIRMED. Rule 84.16(b).